445 A.2d 215

Commonwealth v. Riley, Appellant.

Petition for Allowance of Appeal Denied Aug. 30, 1982.

 Submitted November 5, 1981. Elaine DeMasse, Assistant Public Defender, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, POPOVICH and MONTGOMERY, JJ.

The judgment of sentence is hereby affirmed.